IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:24-cv-11438 ) Honorable Sharon Johnson Coleman ) |
| RESTORE CONSTRUCTION INC., MICHAEL T. GOSS and ZOE L. GOSS, | ) ) ) |
| Defendants. | ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Crum and Forster Specialty Insurance Company ("CFSIC") by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) hereby voluntarily dismiss this action without prejudice, with each party to bear their own fees and costs.

Dated: March 12, 2025

Respectfully Submitted,

By: */s/ James J. Hickey*
James J. Hickey, Atty. No. 6198334
James.Hickey@kennedyslaw.com
KENNEDYS CMK
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5029
Fax: (312) 207-2110
*Attorneys for Crum and Forster Specialty Insurance Company*